UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 7151

Covidien AG and Tyco Healthcare Group LP d/b/a "Covidien,"

Plaintiff,

Case No. _____

-v-

**Rule 7.1 Statement**

CapitalSource Inc.

Defendant.

RECEIVED AUG 11 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Tyco Healthcare Group LP and Covidien AG     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Covidien Ltd.

Date: 8/11/2008

Signature of Attorney
Aaron J. Schechter
Attorney Bar Code: AS1282

Form Rule7_1.pdf SDNY Web 10/2007