AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Covidien AG and Tyco Healthcare Group LP
d/b/a "Covidien,"

V.

CapitalSource Inc.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 08 CV 7151

JUDGE LYNCH

TO: (Name and address of Defendant)

CapitalSource Inc.
4445 Willard Avenue, 12th Floor
Chevy Chase, MD 20815

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aaron J. Schechter
Kirkland & Ellis LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    AUG 11 2008

CLERK                                                              DATE

_(signature)_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 9/2/08 |
| NAME OF SERVER (PRINT) TOM MONAGAN | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: New York, NY
Service accepted by defendant's attorney on behalf of defendant.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/2/08          *Jon Monagn*
              Date             Signature of Server

200 E. Randolph Drive, Chicago, IL 60601
Address of Server

AUG 11 2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.